**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIO ANTONIO PEREIRA GALVEZ; et al., | No. 08-70947 |
| Petitioners, | Agency Nos. A072-689-457 |
| v. | A072-689-458 |
| | A072-689-459 |
| ERIC H. HOLDER, Jr., Attorney General, | A072-689-460 |
| Respondent. | MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 11, 2011**

Before:     THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Mario Antonio Pereira Galvez and his family, natives and citizens of

Guatemala, petition for review of the Board of Immigration Appeals' ("BIA")

order denying their motion to reopen. We have jurisdiction under 8 U.S.C. § 1252.

We review for abuse of discretion the denial of a motion to reopen, and review de

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely because the motion was filed more than 18 months after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c), and petitioners did not establish prima facie eligibility for relief, *see Toufighi v. Mukasey*, 538 F.3d 988, 996–97 (9th Cir. 2008) (evidence must demonstrate prima facie eligibility for relief warranting reopening based on changed country conditions).

Petitioners' contention that the BIA failed to consider their eligibility for relief based on membership in a particular social group or an imputed political opinion is not supported by the record. Accordingly, petitioners' due process claim also fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

2

08-70947